**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JAVIER DELGADO-TORRES,<br><br>       Defendant. | Case No.: 19CR4362-LAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 19CR4362-LAB against defendant JAVIER DELGADO-TORRES be, and hereby is, dismissed without prejudice;

IT IS SO ORDERED.

DATED: 11/5/2019

HON. Larry A. Burns
Chief United States District Judge